DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT ERIC SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1397

[December 23, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Leatha D. Mullins, Judge; L.T. Case No. 472020CF000674AXMX.

Daniel Eisinger, Public Defender, and Benjamin Nathaniel Paley, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***